CHALOS & CO, P.C.
*Attorneys for Plaintiff*
Michael G. Chalos, Esq.
Briton P. Sparkman, Esq.
Melissa Patzelt-Russo, Esq.
55 Hamilton Ave.
Oyster Bay, NY 1771
(516) 714-4300

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 03 2019 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HARTMAN YACHT MAINTENANCE, INC.,

    Plaintiff,

- v -

M/Y DOC HOLLIDAY, Official No. 1257841,
her engines, tackle and appurtenances *in rem*,
and Sebastian Monte, *in personam*;

    Defendants.
-----------------------------------------------------------X

19-cv-03502-SJF-AKT

**IN ADMIRALTY**

**ORDER AUTHORIZING NATIONAL MARITIME
SERVICES INC. TO TEMPORARILY SEIZE AND SECURE VESSEL**

Upon the Emergency Motion of Plaintiff, HARTMAN YACHT MAINTENANCE, INC., for an Order authorizing the Substitute Custodian, National Maritime Services Inc., to temporarily seize and secure the M/Y DOC HOLLIDAY, in advance of the arrest of the Vessel by the United States Marshal in this case, and good cause appearing therefore, it is hereby:

ORDERED that the Plaintiff's Motion is granted, and National Maritime Services Inc. ("National Maritime") is authorized by Order of the Court to temporarily seize and secure the M/Y DOC HOLLIDAY (Official No. 1257841, Hull No. XAX55189G506) (hereinafter "the Vessel"), pending the service of the Warrant of Arrest and other associated arrest paperwork on the Vessel by the U.S. Marshal Service on July 8, 2019; and it is further

1

ORDERED that National Maritime is to follow and comply with all other substitute custodian obligations and requirements as set forth in this Court's July 1, 2019 Order (DE 12); and it is further

ORDERED that National Maritime shall provide to the Vessel's owner a courtesy copy of the Verified Complaint and all Orders and Warrants issued in this matter at the time of securing the Vessel; and it is further

ORDERED that Plaintiff shall provide an update to the Court and confirmation that the Warrant of Arrest has been formally served by the United States Marshal Service on or before the close of business on Monday July 8, 2019, or shall provide good cause as to why the Warrant of Arrest has not been effected.

It is so ORDERED.

SIGNED at Central Islip, New York on July 3rd, 2019.

s/ Sandra J. Feuerstein
HON. SANDRA J FEUERSTEIN
UNITED STATES DISTRICT JUDGE